# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER BRIDGES, ET AL. | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. _____ |
| THE METHODIST HOSPITAL | § | |
| D/B/A THE METHODIST | § | |
| HOSPITAL SYSTEM, AND | § | |
| HOUSTON METHODIST THE | § | |
| WOODLANDS HOSPITAL | § | |
| | § | |
| Defendants. | § | |

**EXHIBIT B – INDEX OF ALL MATTERS BEING FILED**

Pursuant to S.D. Tex. L. Civ. R. 81(5), Defendants The Methodist Hospital d/b/a Houston Methodist Hospital and Houston Methodist The Woodlands Hospital submit the following index of all matters being filed:

1. Defendants' Notice of Removal;

2. Exhibit A – Plaintiffs' Original Petition;

3. Exhibit B – Index of All Matters Being Filed;

4. Exhibit C – Docket Sheet; and

5. Exhibit D – List of All Counsel Of Record.

Respectfully submitted,

By: /s/ *Daniel Patton*
      Daniel Patton
      Federal Bar No. 26200
      Texas Bar No. 24013302
      dpatton@scottpattonlaw.com

      ATTORNEY IN CHARGE FOR
      DEFENDANTS

OF COUNSEL:

Michael K. Burke
Texas State Bar No. 24012359
mburke@scottpattonlaw.com
Kirby Lodholz
Texas State Bar No. 24070188
klodholz@scottpattonlaw.com
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone:      (281) 377-3311
Fax:          (281) 377-3267