IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER BRIDGES, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.: 4:23-cv-01699 |
| THE METHODIST HOSPITAL | § | |
| DOING BUSINESS AS THE | § | |
| METHODIST HOSPITAL SYSTEM | § | |
| and HOUSTON METHODIST THE | § | |
| WOODLANDS HOSPITAL, | § | |
| | § | |
| *Defendants*. | § | |

**STIPULATION BY AND BETWEEN PLAINTIFFS AND
THE HOUSTON METHODIST DEFENDANTS**

Plaintiffs and the Houston Methodist Defendants[1] hereby stipulate and agree as follows:

- Plaintiffs intend to file a Second Amended Complaint on or before September 29, 2023;

- Plaintiffs' Second Amended Complaint shall not alter or amend any factual allegations against any of the Houston Methodist Defendants, either, collectively, individually, subset or any combination thereof;

- Plaintiffs' Second Amended Complaint shall not alter or amend any claims or causes of action against any of the Houston Methodist Defendants, either,

---

[1] The Houston Methodist Defendants are: The Methodist Hospital d/b/a The Methodist Hospital System, Methodist Health Centers d/b/a Houston Methodist The Woodlands Hospital, Methodist Health Centers d/b/a Houston Methodist Willowbrook Hospital, Methodist Health Centers d/b/a Houston Methodist Sugarland Hospital, Methodist Health Centers d/b/a Houston Methodist Baytown Hospital, Dr. Marc L. Boom (Houston Methodist CEO), Dr. Robert A Phillips (Houston Methodist Executive Vice President & Chief Physician Executive and President and CEO of Houston Methodist Physician Organization), and Houston Methodist's Voting Board of Directors: Carlton E. Baucum, John F. Bookout, Emily A. Crosswell, Mary A. Daffin, Martha S. DeBusk, Gary W. Edwards, Juliet S. Ellis, Mark A. Houser, Bishop Scott Jones, Rev. Kenneth R. Levingston, Vidal G. Martinez, Constance M. Mobley, M.D., Ph.D., W. Benjamin Moreland, Gregory V. Nelson, Dr. Thomas J. Pace, III, Joe Bob Perkins, Dr. Edmund W. Robb, III, Stuart L. Solomon, M.D., Douglas E. Swanson, Jr., Spencer A. Tillman, David M. Underwood, Jr., Joseph C. "Rusty" Walter, III, Elizabeth Blanton Wareing, and Hon. Ewing Werlein, Jr.

collectively, individually, or any subset or combination thereof;

- The Houston Methodist Defendants shall not have to re-file their pending Rule 12(b)(6) Motion to Dismiss [Dkt. No. 57] in opposition to Plaintiffs' Second Amended Complaint;

- Rather, the Houston Methodist Defendants' pending Rule 12(b)(6) Motion to Dismiss [Dkt. No. 57] shall apply in opposition to Plaintiffs' Second Amended Complaint as if The Houston Methodist Defendants' pending Rule 12(b)(6) Motion to Dismiss [Dkt. No. 57] had been filed subsequent to Plaintiffs' Second Amended Complaint and directed specifically in opposition thereto.

**SIGNED AND APPROVED** at Houston, Texas on _____, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Daniel Patton* <br> Daniel Patton <br> S.D. Tex. Admission No. 26200 <br> Texas Bar No. 24013302 <br> dpatton@scottpattonlaw.com <br> ATTORNEY IN CHARGE FOR <br> HOUSTON METHODIST DEFENDANTS | By: */s/ David J. Schexnaydre* <br> David J. Schexnaydre, T.A. <br> Texas Bar No. 24076142 <br> david@schexnaydre.com <br> ATTORNEY IN CHARGE FOR PLAINTIFFS |
| OF COUNSEL: <br><br> Dwight W. Scott, Jr. <br> S.D. Tex. Admission No. 79663 <br> Texas Bar No. 24027968 <br> dscott@scottpattonlaw.com <br> Michael K. Burke | OF COUNSEL: <br><br> SCHEXNAYDRE LAW FIRM <br> 2895 Highway 190, Suite 212 <br> Mandeville, Louisiana 70471 <br> Telephone: (985) 292-2020 <br> Fax: (985) 235-1089 |

S.D. Tex. Admission No. 24356
Texas Bar No. 24012359
*mburke@scottpattonlaw.com*
Kirby Lodholz
S.D. Tex. Admission No. 1055345
Texas Bar No. 24070188
*klodholz@scottpattonlaw.com*
Michelle N. Mathews
S.D. Tex. Admission No. 3674403
Texas Bar No. 24116679
*mmathews@scottpattonlaw.com*
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax: (281) 377-3267

Roger B. Borgelt
Texas Bar No. 02667960
Admitted *Pro Hac Vice*
*roger@borgeltlaw.com*
BORGELT LAW
614 S. Capital of Texas Hwy
Austin, Texas 78746
Telephone: (512) 600-3467

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 14, 2023 Plaintiffs' counsel and I agreed to the foregoing stipulation on the record during the Court conference regarding Plaintiffs' pre-motion conference requesting leave to file an amended complaint.

*/s/ Michael K. Burke*
Michael K. Burke

## CERTIFICATE OF SERVICE

I certify that on September 18, 2023 a true and correct copy of this filing was served on all counsel of record by the Court's ECF filing system.

*/s/ Daniel Patton*
Daniel Patton