UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER BRIDGES, *et al*,<br>    *Plaintiffs*, | |
| VERSUS | CIVIL ACTION 4:23-cv-1699 |
| THE METHODIST HOSPITAL<br>d/b/a THE METHODIST HOSPITAL<br>SYSTEM and HOUSTON METHODIST<br>THE WOODLANDS HOSPITAL,<br>    *Defendants*, | |

## NOTICE OF APPEAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Jennifer Bridges, *et al*. ("Plaintiffs"), who, pursuant to Federal Rules of Appellate Procedure 3 and 4, respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the September 30, 2024, Memorandum Opinion and Order [Doc 99] granting in part and denying as moot in part the Motions to Dismiss filed by the Methodist Hospital Defendants [Doc 57] and the Government Defendants [Doc 87].

| **CERTIFICATE OF SERVICE** | **SCHEXNAYDRE LAW FIRM** |
|---|---|
| I certify that on October 28, 2024, I presented a copy of the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.<br>*/s/ David J. Schexnaydre*<br>DAVID J. SCHEXNAYDRE | BY: */s/ David J. Schexnaydre*<br>    DAVID J. SCHEXNAYDRE, T.A. (#21073)<br>    2895 Highway 190 • Suite 212<br>    Mandeville, Louisiana 70471<br>    Telephone: (985) 292-2020<br>    Fax: (985) 235-1089<br>    Email: david@schexnaydre.com<br>    Counsel for Plaintiffs |