United States Courts
Southern District of Texas
FILED
July 08, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2025
Lyle W. Cayce
Clerk

No. 24-20483

---

JENNIFER BRIDGES; BREANN EMSHOFF; AMANDA LOFTON; BRETT COOK; STEFANIE MARTINEZ; ET AL.,

*Plaintiffs—Appellants,*

*versus*

THE METHODIST HOSPITAL, *doing business as* THE METHODIST HOSPITAL SYSTEM; HOUSTON METHODIST THE WOODLANDS HOSPITAL; METHODIST HEALTH CENTERS, *doing business as* HOUSTON METHODIST BAYTOWN HOSPITAL, *doing business as* HOUSTON METHODIST SUGAR LAND HOSPITAL, *doing business as* HOUSTON METHODIST THE WOODLANDS HOSPITAL, *doing business as* HOUSTON METHODIST WILLOWBROOK HOSPITAL; MARC L. BOOM; ROBERT A. PHILLIPS; ET AL.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-1699

---

Before HIGGINBOTHAM, JONES, and SOUTHWICK, *Circuit Judges.*

No. 24-20483

# JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party is to bear their own costs pay on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **Jul 08, 2025**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20483    Bridges v. Methodist Hospital
                           USDC No. 4:23-CV-1699

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Christy Combel*
                                  By: _____
                                  Christy M. Combel, Deputy Clerk
                                  504-310-7651

cc:
      Mr. David Anthony Dalia
      Mr. Andrew Tice Ingram
      Mr. Joseph Keeney
      Mr. Glynn Shelly Maturin II
      Mr. Daniel F. Patton
      Ms. Constance Hankins Pfeiffer
      Mr. David Joseph Schexnaydre
      Mr. Christian J. Ward